JOHN R. BRINLEY, as Administrator of the Estate of EDWARD BRINLEY, Deceased, Respondent, *v.* THOMAS A. NEVINS, Appellant.

*Brinley* v. *Nevins*, 168 App. Div. 948, affirmed.
(Argued December 12, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 28, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover damages for an alleged breach of an alleged agreement for the sale by the defendant to the plaintiff,

at the latter's option, at any time within thirty days after September 17, 1908, of 50,000 shares of the capital stock of the Cobalt Central Mines Company, at thirty-eight cents per share. The answer was a general denial. The plaintiff's theory was that the offer was sufficiently accepted by words, and that tender of the purchase price was waived. The defendant's theory was that the offer could be accepted only by tender of the purchase price, and that what the plaintiff relies upon as waiver of tender amounted to a revocation by the defendant of the offer.

*Louis Marshall* for appellant.

*Herbert C. Smyth* and *Charles F. Goddard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.